MINNIE CHOLET, as Administratrix of the Estate of HENRY CHOLET, Deceased, Appellant, *v.* THE CITY OF SYRACUSE, Respondent.

*Cholet* v. *City of Syracuse*, 111 App. Div. 903, affirmed.
(Argued June 19, 1906; decided October 2, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1906, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for the alleged negligent killing of plaintiff's intestate.

*Ray B. Smith* for appellant.

*Walter W. Magee, Corporation Counsel* (*William Nottingham* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER and CHASE, JJ. Absent: O'BRIEN, J. Dissenting: WILLARD BARTLETT, J. Not sitting: HISCOCK, J.